# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE RODRIGUEZ, A/K/A JOSE
RODRIGUEZ-QUEZADA,
                    Appellant,
            vs.
MOHAMMAD RAHMAN, AN
INDIVIDUAL; AND YELLOW CAB OF
RENO, INC.,
                    Respondents.

No. 80529

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order of dismissal. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears that the notice of appeal was prematurely filed after appellant timely filed a tolling motion in the district court on March 8, 2019, but before that motion was formally resolved with a written order. *See* NRAP 4(a)(4) (regarding tolling motions); *AA Primo Builders LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a post-judgment motion carries tolling effect). As this court lacks jurisdiction over a premature appeal, *see* NRAP 4(a)(6), this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-14495

cc: Hon. David A. Hardy, District Judge
Jose Rodriguez
Laxalt & Nomura, Ltd./Reno
Washoe District Court Clerk